IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RICHARD ARLEN BURT,              :

    Plaintiff,              :

vs.                              :      CIVIL ACTION 05-0534-BH-M

CARLA WASDIN, et al.,            :

    Defendants.             :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Correctional Medical Services, Inc., Nurse Watson, Dr. Marc Sonnier, and Dr. Adolph Isom's Motion (Doc. 25) to Dismiss for Failure to Prosecute or, in the Alternative, Failure to Comply with the Court's Order be and is hereby **GRANTED**.  It is further **ORDERED** that this

---

[1] The Court's Order dated June 23, 2006 (Doc. 24) and the Report and Recommendation entered on November 13, 2006 (Doc. 26) were returned as undeliverable by the United States Postal Service.  The plaintiff has failed to notify the Court of any change of residence or mailing address which itself constitutes another failure to comply with the Court's orders and rules.

action be and is hereby **DISMISSED with prejudice** for failure to prosecute and to obey the Court's Order.

    **DONE** this 28th day of November, 2006.

                                                            s/ W. B. Hand  
                                            SENIOR DISTRICT JUDGE